IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE NOTICE MAILED: |
| vs. | : | |
| Jamahl Simmons<br>FEDERAL CUSTODY<br>09314-067 | : | CRIMINAL NO. 13-669.01 |

## NOTICE OF ARRAIGNMENT

**1. TAKE NOTICE** that you have been indicted by the Grand Jury. A copy of the indictment is enclosed.

**2.** The United States Marshal will make arrangements to have you present for arraignment before United States Magistrate **Judge Wells**, on **Thursday July 17, 2014**, at **1:30 p.m.** in Magistrate's Courtroom No. 5a, 5th Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**3.** In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at (267) 299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

**4.** Please consult with your attorney before the date fixed for arraignment.

**NOTE: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court**.

If you want an attorney to be appointed for you, contact the office of the Defender Association, The Curtis Center Building, Suite 540 West, Independence Sq. West, Philadelphia, PA 19106-2414. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.

This case has been assigned to
**Judge  C. Darnell Jones II**
For information, communicate with
**Courtroom Deputy  A`iShah El-Shabazz**
 Room  5312, Tel. No.  267-299-7759

NOTICE TO:  U.S. Magistrate
                     Defendant
                      Defender Association
                      United States Attorney
                      United States Marshal
                      Pretrial Services
via E-Mail                      Larry Bowman
Cr. 11 (1/85)