IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| V. | : | |
| JAMAHL SIMMONS | : | 13-669 |

### **O R D E R**

AND NOW, this   17th   day of July, 2014, it is hereby ORDERED that the attached Notice of Arraignment and Superseding Indictment, as annotated by Defendant, shall be docketed. The documents were considered by this court as Motions to Dismiss and both were DENIED. A plea of NOT GUILTY was, thereafter, entered by counsel, on behalf of his client.

BY THE COURT:

/s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE