ROBERT E. H. MILLER, ESQUIRE
524 E. Johnson Street
Philadelphia Pa. 19144
Attorney for Petitioner

===================================================================
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

      VS.                CRIMINAL No. 13-669

JAMAHL SIMMONS
==========================================================

TO: The Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.

## MOTION TO SUPPRESS PHYSICAL EVIDENCE

The evidence was obtained by the police or other persons whose conduct constituted state action in violation of the defendant's rights under the United States Constitution and the Federal Rules of Criminal Procedure for the following reasons:

  1. Defendant's arrest was illegal and unconstitutional because;

    (a) he was arrested pursuant to an arrest warrant which was not issued on the basis of probable cause and/or which was obtained pursuant to material misstatements in the affidavit;

  (b) he was arrested on the basis of evidence tainted by prior illegal police conduct;

Ent

2. Following the arrest of the defendant, illegal searches were made of his person, his abode, automobiles used or owned by him, as well as other locations and receptacles. Similar searches were made prior to and contemporaneous with his arrest. He did not consent to the search or seizure.

3. The said illegal searches resulted in the seizure of clothing, correspondence, reading and pictorial material, U. S. Currency and other material and items of property.

4. The seizures were the results of illegal searches carried on without legally efficacious warrants and/or without probable cause to do so, and not incident to an arrest and without the consent of the Petitioner.

5. The petitioner was subjected to an unconstitutional seizure of his person, as the stop, or other actions of the police were not based on objective reasonable suspicions or beliefs that he was involved in criminal activity.

6. A search was conducted which was illegal and unconstitutional because:

   (a) it was conducted without probable cause, since the information which the police relied upon was based on conclusions which had no basis in fact;

   (b) it was conducted pursuant to a search warrant which was not issued on the basis of probable cause and/or contained material misstatements in the affidavit submitted to obtain the warrant;

   (c) the information relied upon by the police officer was obtained from an unreliable

Ent

confidential informant;

(d) the information concerning the informant supplied by the affiant is false and the Petitioner intends to cross-examine on that point;

(e) it was conducted pursuant to a warrant that was not executed legally because before entry was made into the premises there was no reasonable effort by the police to give adequate notice of identity, authority and purpose to the occupants and/or a reasonable period of time to respond to this notice by police.

7. Any and all evidence which is the fruit of any illegal and/or unconstitutional action by the police or evidence obtained as a result of such action should be suppressed. Specifically, the search warrant, and the proceeds obtained thereof, with a case number of 13-1285, regarding priority mail package number 9505500014793313000072 was illegal and unconstitutional. (A) The warrant did not contain probable cause and was obtained pursuant to misstatements of material facts in the affidavit of probable cause. (B) The allegation that the package was sent from California which is an area known to law enforcement as a source for narcotics is not true and is unsupported by facts. (C) The certification of canine Kirby, #K-7879A and his handler, Detective Kelliher, #22207, of the Bensalem Township Police Department is not true and is unsupported by facts. All subsequent evidence obtained by the government regarding this package is tainted by these illegalities and is thus inadmissible.

Ent

The search and seizure of priority mail package #42019428950500014853301000689 for the purpose of installing an electronic tracking and entry device is illegal and unconstitutional due to the affidavit failing to have a probable cause factual basis sufficient enough to install the devices in the "subject package". Specifically, the affidavit does not support the warrant for the search and seizure of this package. Also the certification of canine Kirby, #K-7879A and his handler, Detective Kelliher, #22207, of the Bensalem Township Police Department is not true and is unsupported by facts. Additionally, this package was never intercepted by law enforcement.  Therefore the warrant/order was invalid since it was not based upon an affidavit sufficiently enough to establish probable cause and due to material misstatements of fact in both the affidavit and warrant. All subsequent evidence obtained by the government regarding this package is tainted by illegalities and is inadmissible.

The search and seizure pursuant to the search warrant with a case number of 13-1294-m for priority mail package # 9505500014853316000391 was illegally and unconstitutionally executed since it was never signed by a United States District Court Magistrate or Judge.  Specifically the warrant did not contain probable cause and was obtained pursuant to misstatements of material facts in the affidavit of probable cause. The allegation that the package was sent from California which is an area known to law enforcement as a source for narcotics is not true and is unsupported by facts. The certification of canine Kirby, #K-7879A and his handler, Detective Kelliher, #22207, of the Bensalem Township Police Department is not true and is unsupported by facts. All
Ent

subsequent evidence obtained by the government regarding this package is tainted by these illegalities and is thus inadmissible

The warrant for electronic an tracking and entry device with a magistrate number of 13-1296 m is invalid due to it being tainted by the prior illegal search and seizure of priority mail package number 9505500014853316000391 which had an unsigned warrant which was used to search and seize this package. Also the warrant did not contain probable cause and was obtained pursuant to misstatements of material facts in the affidavit of probable cause. The allegation that the package was sent from California which is an area known to law enforcement as a source for narcotics is not true and is unsupported by facts. The certification of canine Kirby, #K-7879A and his handler, Detective Kelliher, #22207, of the Bensalem Township Police Department is not true and is unsupported by facts. All subsequent evidence obtained by the government regarding this package is tainted by these illegalities and is thus inadmissible.

The search and seizure warrant with a case number of 13-1293 m is invalid due to material misstatements of fact in the warrant and its accompanying affidavit of probable cause. It would have been simply impossible for the search warrant to have been approved by the United States District Court Magistrate in the manner it was approved based upon temporal contradictions between the warrant and postal data. Additionally, the allegation that the package was sent from California which is an area known to law enforcement as a source for narcotics is not true and is unsupported by facts. The certification of canine Kirby, #K-7879A and his handler, Detective Kelliher, #22207, of
Ent

the Bensalem Township Police Department is not true and is unsupported by facts. All subsequent evidence obtained by the government regarding this package is tainted by these illegalities and is thus inadmissible.

8. Counsel reserves the right to supplement the allegations in this motion as may become necessary after discovery, investigation and evidence is presented at the hearing for the Motion to Suppress Evidence.

**FOR THE FOREGOING REASONS,** the Petitioner respectfully request that the court grant Petitioner's MOTION TO SUPPRESS PHYSICAL EVIDENCE in its entirety or its appropriate parts.

RESPECTFULLY SUBMITTED,

*Robert E. H. Miller, Esq.*
ROBERT E. H. MILLER, ESQUIRE
    Attorney for Petitioner

    DATE:_____

Ent

ROBERT E. H. MILLER, ESQUIRE
524 E. Johnson Street
Philadelphia Pa. 19144
Attorney for Petitioner

================================================================

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

     VS.                CRIMINAL No. 13-669

JAMAHL SIMMONS

========================================================

TO:  United States Department of Justice, United States Attorney, Eastern District of Pennsylvania.

## RULE

    AND NOW, TO WIT, THIS          DAY OF          , 2014 on consideration of the attached Motion, a rule is granted upon the United States of America to show cause as to why the attached petition, in the above matter, should not be granted.

    RULE RETURNABLE, THE          DAY OF          2014, IN COURTROOM       , of the UNITED STATES COURT HOUSE for the EASTERN DISTRICT OF PENNSYLVANIA at     m.

                                                      BY THE COURT;

                                                      _____

Ent

ROBERT E. H. MILLER, ESQUIRE
524 E. Johnson Street
Philadelphia Pa. 19144
Attorney for Petitioner

=================================================================
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

     VS.               CRIMINAL No. 13-669

JAMAHL SIMMONS
==========================================================

TO:  United States Department of Justice, United States Attorney, Eastern District of

Pennsylvania.

### ORDER

    AND NOW, this       day of                              , 2014
IT IS HEREBY ORDERED that the requested relief in the attached Petition is hereby

granted, the MOTION TO SUPPRESS PHYSICAL EVIDENCE is GRANTED.

                        BY THE COURT

                                               _____

                                                               J

Ent

ROBERT E. H. MILLER, ESQUIRE
524 E. Johnson Street
Philadelphia Pa. 19144
Attorney for Petitioner

================================================================
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

     VS.               CRIMINAL No. 13-669

JAMAHL SIMMONS
========================================================

TO:  United States Department of Justice, United States Attorney, Eastern District of Pennsylvania.

## VERIFICATION

     I have examined this matter and from the available facts I certify that there is a proper and legal basis for the filing of this Motion, that the foregoing facts are true and correct to the best of my information, knowledge and belief and that this statement is made subject to the penalties of Law relating to unsworn falsification to authorities.

                                                                                  _____
                                                                                  Robert E. H. Miller, Esq.
                                                                                  Attorney for Jamahl Simmons

Ent