ROBERT E. H. MILLER, ESQUIRE
524 E. Johnson Street
Philadelphia Pa. 19144
Attorney for Petitioner

=================================================================
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

     VS.                CRIMINAL No. 13-669

JAMAHL SIMMONS
===========================================================

TO:  The Honorable Judges of the United States District Court for the Eastern District of

Pennsylvania.

**DEFENDANT'S RESPONSE TO THE COURT'S ORDER FOR THE**

**SUBMISSION OF REQUESTED POINTS FOR CHARGE**

The requested points for charge submitted by the defendant's counsel are taken from the

Third Circuit's Eastern District of Pennsylvania Model Jury Instructions, chapters 3 and

4. They are listed here below in numerical fashion just as they are enumerated in that

document.

Chapter 3

3.01 Role of the Jury

3.02 Evidence

3.03 Direct and Circumstantial Evidence

3.04 Creditability of Witnesses

Ent

3.06 Presumption of Innocence, Burden of Proof, Reasonable Doubt

3.07 Nature of Indictment

3.10 Elements of Offenses Charged

3.12 Separate Consideration-Single Defendant Charged with Multiple Offenses

3.16 Election of Foreperson; Unanimous Verdict; Do Not Consider Punishment; Duty to

Deliberate; Communication with Court

3.17 Verdict Form

Chapter 4

4.01 Stipulated of Testimony

4.02 Stipulation of Fact

4.05 Audio/Video Recordings-Non Consensual

4.08 Opinion Evidence (Expert Witness)

4.12 Chain of Custody

4.15 Eye Witness Identification of the Defendant

4.16 Missing Witness

4.18 Credibility of Witnesses-Law Enforcement

4.19 Credibility of Witnesses- Witness Who hs Pleaded Guilty to same or Related

Offense, Accomplices, Immunized Witness, Cooperating Witnesses

4.20 Credibility of Witness-Testimony of Informer

4.21 Credibility of Witnesses-Testimony of Addict or Substance Abuser

4.22 Impeachment of Witness-Prior Inconsistent Statement for Credibility Only

4.23 Impeachment-Bad Character for Truthfulness

4.25 Impeachment of Witness-Prior Conviction

Ent

4.26 False in One, False in All

4.27 Defendant's Choice Not to Testify or Present Evidence

RESPECTFULLY SUBMITTED,

*Robert E. H. Miller, Esq.*
ROBERT E. H. MILLER, ESQUIRE
    Attorney for Petitioner

DATE:_____

Ent